CLOSED,INTERPRETER

# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: 4:21−mj−00002−BJ−1

| | |
|---|---|
| Case title: USA v. Garcia−Arrendondo | Date Filed: 01/04/2021 |
| Other court case number: DR12CR1357 Western District of Texas/Del Rio | Date Terminated: 01/04/2021 |

Assigned to: Magistrate Judge Jeffrey L. Cureton

**Defendant (1)**

| | | |
|---|---|---|
| **Jesus Raul Garcia−Arrendondo**<br>*TERMINATED: 01/04/2021* | represented by | **Loui Itoh−FPD**<br>Office of the Federal Public Defender<br>819 Taylor Street<br>Room 9A10<br>Fort Worth, TX 76102<br>817−978−2753<br>Fax: 817−978−2757<br>Email: loui_itoh@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Federal Public Defender Appointment<br>Bar Status: Admitted/In Good Standing |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846 Conspiracy to possess with intent to distribute controlled substance | |

1

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **P.J. Meitl–DOJ**<br>US Attorney's Office<br>Northern District of Texas<br>1100 Commerce Street<br>3rd Floor<br>Dallas, TX 75242<br>214–659–8680<br>Email: philip.meitl@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney's Office*<br>*Bar Status: Not Admitted* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/04/2021 | | 4 | Arrest (Rule 5) of Jesus Raul Garcia–Arrendondo. Case Number DR12CR1357 Indictment and Warrant from Western District of Texas/Del Rio. (jah) (Entered: 01/04/2021) |
| 01/04/2021 | 1 | 5 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) as to Jesus Raul Garcia–Arrendondo held on 1/4/2021. Date of Arrest: 1/4/2021 on warrant from the Western District of Texas/Del Rio; Deft executed financial affidavit; O/appointing FPD entered; Rule 5(f) admonishment given; Deft executed waiver of hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – P.J. Meitl; Defense – Loui Itoh. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (Interpreter Mike Mahler.) (USPO Kirksey.) (jah) (Entered: 01/04/2021) |
| 01/04/2021 | 2 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jesus Raul Garcia–Arrendondo. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/4/2021) (jah) (Entered: 01/05/2021) |
| 01/04/2021 | 3 | 8 | ELECTRONIC ORDER As to Jesus Raul Garcia–Arrendondo:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.<br><br>By this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/4/2021) (jah) (Entered: 01/05/2021) |
| 01/04/2021 | 4 | 10 | |

|            |   |    |                                                                                                                                                                                                                                                                           |
|------------|---|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   |    | WAIVER of Rule 5(c) Hearings by Jesus Raul Garcia−Arrendondo (jah) (Entered: 01/05/2021)                                                                                                                                                                                  |
| 01/04/2021 | 5 | 11 | MOTION for Pretrial Detention filed by USA as to Jesus Raul Garcia−Arrendondo (jah) (Entered: 01/05/2021)                                                                                                                                                                 |
| 01/04/2021 | 6 | 12 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Jesus Raul Garcia−Arrendondo. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Western District of Texas/Del Rio. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/4/2021) (jah) (Entered: 01/05/2021) |

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: P.J. Meitl-DOJ (caseview.ecf@usdoj.gov, danielle.barbour@usdoj.gov,
lgerem@usdoj.gov, michael.tunzi@usdoj.gov, philip.meitl@usdoj.gov,
rebecca.castillo@usdoj.gov, taryn.shanes@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov), U.S.
Marshals Office (usms-txn-courtdocket@usdoj.gov)
--No Notice Sent:

Message-Id:12853821@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00002-BJ USA v. Garcia-Arrendondo Arrest - Rule 5/32.1/40
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 1/4/2021 at 2:48 PM CST and filed on 1/4/2021

| | |
|---|---|
| **Case Name:** | USA v. Garcia–Arrendondo |
| **Case Number:** | 4:21–mj–00002–BJ |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of Jesus Raul Garcia–Arrendondo. Case Number DR12CR1357 Indictment and Warrant from Western District of Texas/Del Rio. (jah)**

**4:21–mj–00002–BJ–1 Notice has been electronically mailed to:**

P.J. Meitl–DOJ    philip.meitl@usdoj.gov, CaseView.ECF@usdoj.gov, danielle.barbour@usdoj.gov, lgerem@usdoj.gov, michael.tunzi@usdoj.gov, rebecca.castillo@usdoj.gov, taryn.shanes@usdoj.gov

**4:21–mj–00002–BJ–1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Loui Itoh-FPD (belinda_partida@fd.org, loui_itoh@fd.org,
norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org), P.J. Meitl-DOJ
(caseview.ecf@usdoj.gov, danielle.barbour@usdoj.gov, lgerem@usdoj.gov,
michael.tunzi@usdoj.gov, philip.meitl@usdoj.gov, rebecca.castillo@usdoj.gov,
taryn.shanes@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants: Probation Office (txnp_edocs-pro@txnp.uscourts.gov)
--No Notice Sent:

Message-Id:12853902@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00002-BJ USA v. Garcia-Arrendondo Initial Appearance
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 1/4/2021 at 2:56 PM CST and filed on 1/4/2021

| | |
|---|---|
| **Case Name:** | USA v. Garcia–Arrendondo |
| **Case Number:** | 4:21–mj–00002–BJ |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
**ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Jeffrey L. Cureton: Initial Appearance Rule 5(c) as to Jesus Raul Garcia–Arrendondo held on 1/4/2021. Date of Arrest: 1/4/2021 on warrant from the Western District of Texas/Del Rio; Deft executed financial affidavit; O/appointing FPD entered; Rule 5(f) admonishment given; Deft executed waiver of hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – P.J. Meitl; Defense – Loui Itoh. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (Interpreter Mike Mahler.) (USPO Kirksey.) (jah)**

**4:21–mj–00002–BJ–1 Notice has been electronically mailed to:**

P.J. Meitl–DOJ    philip.meitl@usdoj.gov, CaseView.ECF@usdoj.gov, danielle.barbour@usdoj.gov, lgerem@usdoj.gov, michael.tunzi@usdoj.gov, rebecca.castillo@usdoj.gov, taryn.shanes@usdoj.gov

Loui Itoh–FPD    loui_itoh@fd.org, belinda_partida@fd.org, norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org

**4:21−mj−00002−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. 4:21-MJ-002 |
| JESUS RAUL GARCIA-ARREDONDO | § | |



FILED
JAN - 4 2021
CLERK, U.S. DISTRICT COURT

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: January 4, 2021

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Loui Itoh-FPD (belinda_partida@fd.org, loui_itoh@fd.org,
norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org), P.J. Meitl-DOJ
(caseview.ecf@usdoj.gov, danielle.barbour@usdoj.gov, lgerem@usdoj.gov,
michael.tunzi@usdoj.gov, philip.meitl@usdoj.gov, rebecca.castillo@usdoj.gov,
taryn.shanes@usdoj.gov), Magistrate Judge Jeffrey L. Cureton
(kristi_verna@txnd.uscourts.gov, margarita_koye@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:12857357@txnd.uscourts.gov
Subject:Activity in Case 4:21-mj-00002-BJ USA v. Garcia-Arrendondo Rule 5(f)(1) Order
Content-Type: text/html
```

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

### Notice of Electronic Filing

The following transaction was entered on 1/5/2021 at 2:29 PM CST and filed on 1/4/2021

| | |
|---|---|
| **Case Name:** | USA v. Garcia-Arrendondo |
| **Case Number:** | 4:21-mj-00002-BJ |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**ELECTRONIC ORDER As to Jesus Raul Garcia-Arrendondo:**

**This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.**

**By this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Jeffrey L. Cureton on 1/4/2021) (jah)**

**4:21-mj-00002-BJ-1 Notice has been electronically mailed to:**

P.J. Meitl−DOJ     philip.meitl@usdoj.gov, CaseView.ECF@usdoj.gov, danielle.barbour@usdoj.gov, lgerem@usdoj.gov, michael.tunzi@usdoj.gov, rebecca.castillo@usdoj.gov, taryn.shanes@usdoj.gov

Loui Itoh−FPD     loui_itoh@fd.org, belinda_partida@fd.org, norma_field@fd.org, patricia_tovar@fd.org, sara_nunez@fd.org

**4:21−mj−00002−BJ−1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

# United States District Court
## NORTHERN DISTRICT OF TEXAS AT FORT WORTH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | WAIVER OF RULE 5(c) HEARINGS (Excluding Probation Cases) |
| V. | § § | |
| JESUS RAUL GARCIA-ARREDONDO | § | CASE NUMBER: 4:21-MJ-002 |

I, Jesus Raul Garcia-Arredondo, understand that in the WESTERN DISTRICT OF TEXAS/DEL RIO, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of, the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held ~~in this district~~ or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

(✓) I have been informed I have no right to a preliminary examination

I HEREBY REQUEST THAT MY DETENTION HEARING BE

(✓) held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

( ~~held in this district.~~ )

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 4 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

_____
Defendant

January 4, 2021

_____
Defense Counsel

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-MJ-002 |
| JESUS RAUL GARCIA-ARREDONDO (01) | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 4 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case:** This case is eligible for a detention order because the case involves:
- ☐ Crime of violence [18 U.S.C. § 3156]
- ☐ Maximum sentence of LIFE imprisonment or death
- ☐ Controlled Substance offense punishable by 10 or more years
- ☐ Felony with 2 prior convictions in above categories
- ☐ Felony involving a minor victim
- ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
- ☐ Felony involving a failure to register under 18 U.S.C. § 2250
- ☒ Serious risk that the Defendant will flee
- ☐ Serious risk that Defendant will obstruct justice

**2. Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
- ☒ Defendant's appearance as required
- ☒ The safety of the community
- ☐ The safety of another person

**3.** The United States **will not** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
- ☐ A Controlled Substance Offense punishable by 10 or more years imprisonment
- ☐ A firearms offense under Title 18, United States Code, Section 924(c)
- ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
- ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
- ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
- ☐ The Defendant has previously been convicted of an offense described in 18 USC § 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

**4. Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing
- ☐ at the Defendant's first appearance
- ☒ After a continuance of **3** days.

Respectfully Submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ P.J. Meitl
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8680
Facsimile: 214-659-8812

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: January 4, 2021

/s/ P. J. Meitl
P. J. MEITL
Assistant United States Attorney

11

AO 94 (Rev. 12/03) Commitment to Another District

Case 4:21-mj-00002-BJ   Document 6   Filed 01/04/21   Page 1 of 1   PageID 4
Case 4:21-mj-00002-BJ   Document 7   Filed 01/05/21   Page 12 of 12   PageID 16

# UNITED STATES DISTRICT COURT

Northern District of Texas at Fort Worth

| UNITED STATES OF AMERICA V. JESUS RAUL GARCIA-ARREDONDO | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | DR12CR1357 | 4:21-MJ-002 | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)  ☐ Petition

charging a    21    U.S.C.   841(a)(1)&(b)(1)(A) and 846

**DISTRICT OF OFFENSE**
WESTERN DISTRICT OF TEXAS/DEL RIO

**DESCRIPTION OF CHARGES:**

Conspiracy to possess with intent to distribute controlled substance

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 4 2021
CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA  ☐ None

**Interpreter Required?** ☐ No  ☒ Yes   Language: Spanish

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 4, 2021
Date                                                    Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

12